**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 6, 2024

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Christopher Betances*, 24 Cr. 24 (LAP)

Dear Judge Preska:

    I write on behalf of the Government and the defense pursuant to rule 1(E) of Your Honor's Individual Practices to request an adjournment of the May 8, 2024 status conference. This matter relates to an alleged violation of supervised release. The alleged conduct is the subject of a pending state court action, and the adjournment will allow time for a potential resolution of the state case. This is the parties' second request for an adjournment of this conference; the parties' first request sought an adjournment from May 2 to May 8, 2024, because of scheduling conflicts. If acceptable to the Court, the parties are available the week of September 3, 2024.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                          By:  *s/ Daniel Roque*
                              Daniel Roque
                              Special Assistant United States Attorney
                              (212) 637-1946

```
The conference previously scheduled for 10:00 a.m. on May 8,
2024, is hereby adjourned to 10:00 a.m. on September 4, 2024.
The Clerk of the Court shall close docket entry number 9.

SO ORDERED.

Dated:  May 6, 2024                          _____
                                             LORETTA A. PRESKA, U.S.D.J.
```