**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 1, 2024

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Christopher Betances*, 24 Cr. 24 (LAP)

Dear Judge Preska:

    I write on behalf of the Government and the defense pursuant to rule 1(E) of Your Honor's Individual Practices to request an adjournment of the December 4, 2024 status conference. This matter relates to an alleged violation of supervised release. The alleged conduct is the subject of a pending state court action, and the adjournment will allow time for a potential resolution of the state case. This is the parties' fourth request for an adjournment of this conference. If acceptable to the Court, the parties are available the week of January 13, 2025, except after 2:30 p.m. on January 14 and before 2:00 p.m. on January 15.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By:  s/ Daniel Roque
        Daniel Roque
        Special Assistant United States Attorney
        (212) 637-1946

```
The request is granted.  The conference is
adjourned to January 13, 2025 at 12:00 p.m.  The
Court directs the Clerk of the Court to close
dkt. no. 13.  SO ORDERED.
```

*Loretta A. Preska*
_____
```
Loretta A. Preska
United States District Judge

December 2, 2024
New York, New York
```