

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 30, 2024

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Christopher Betances*, **24 Cr. 24 (LAP)**

Dear Judge Preska:

    I write on behalf of the Government and the defense pursuant to rule 1(E) of Your Honor's Individual Practices to request an adjournment of the January 13, 2025 status conference. This matter relates to an alleged violation of supervised release. The alleged conduct is the subject of a pending state court action, and the adjournment will allow time for a potential resolution of the state case; an appearance is currently scheduled in the state case for January 14, 2025. This is the parties' fifth request for an adjournment of this conference. If acceptable to the Court, the parties are available January 17, 2025, after 11:00 a.m. as well as the week of January 20, 2025, except between 12:30 p.m.-2:00 p.m. on January 21; 9:00 a.m.-2:00 p.m. on January 22; 9:00 a.m.-11:00 a.m. and 3:30 p.m.-5:00 p.m. on January 23; and 9:00 a.m.-11:00 a.m. on January 24.

    Respectfully submitted,

    EDWARD Y. KIM
    Acting United States Attorney

    By:  s/ Daniel Roque
         Daniel Roque
         Special Assistant United States Attorney
         (212) 637-1946

cc: Gary Kaufman (via ECF)

```
The request for an adjournment is granted.  The
status conference is adjourned to January 29,
2025 at 10:00 a.m.  SO ORDERED.
```

*[signature: Loretta A. Preska]*
_____
```
Loretta A. Preska
United States District Judge

December 30, 2024
New York, New York
```